**Order entered November 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01421-CV
No. 05-14-01425-CV

**IN RE DONALD GENE BLANTON, Relator**

**Original Proceeding from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 23078-86, 23592-86**

# ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     ROBERT M. FILLMORE
         JUSTICE